UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>J. USHER, et al.,<br><br>  Defendants. | Case No.: 1:24-cv-00047-KES-EPG (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PAY FILING FEE<br><br>Doc. 8 |

Plaintiff Raymond Bradford is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 10, 2024, plaintiff filed his initial complaint. Doc. 1. On January 11, 2024, the assigned magistrate issued findings and recommendations recommending that plaintiff be required to pay the filing fee to proceed with this action. Doc. 4. On January 15, 2025, the Court ordered plaintiff to pay the filing fee after finding plaintiff had accrued three or more "strikes" under 28 U.S.C. § 1915 and failed to show he was under imminent danger of serious physical injury. Doc. 8. Plaintiff has failed to pay the filing fee, and the deadline to do so has passed. Without such payment, the action cannot proceed at this time.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED:

1. This action is dismissed without prejudice; and
2. The Clerk of the Court is directed to terminate any pending motions and to close this case.

IT IS SO ORDERED.

Dated: February 18, 2025

_____
UNITED STATES DISTRICT JUDGE